**U.S. Department of Labor**  
**Office of the Solicitor**

201 Varick Street, Room 983  
New York, NY 10014  
Phone:   (646) 264-3650  
Fax:       (646) 264-3660



Reply to the Attention of:   Molly K. Biklen, Senior Trial Attorney  
(646) 264-3676 (direct dial)  
Biklen.Molly@dol.gov  
MMS No. (15)00100

March 20, 2015

**By ECF and U.S. Mail**

Honorable Mark Falk  
United States District Court  
District of New Jersey  
Martin Luther King Jr. Courthouse  
50 Walnut Street  
Newark, NJ 07102

   Re:   *Perez v. Alaris Health*, Civ. A No. 14-cv-7109(CCC)(MF)

Dear Judge Falk:

The Plaintiff, Thomas E. Perez, Secretary of Labor, U.S. Department of Labor respectfully submits this letter regarding his Petition for Enforcement, which was fully briefed as of January 13, 2015. Since that time, Defendant Alaris Health produced certain 1099 forms for Western Environmental Solutions LLC and Sunshine Recreation LLC for the years 2011-2013 as demanded in the subpoena but did not produce any of the other outstanding documents, such as the outstanding payroll and time records or the corporate documents showing the ownership and officers of the entity. Accordingly, Defendant has not complied with the subpoena issued on May 14, 2014. As set forth in the Secretary's petition for enforcement and supporting papers, the Secretary is unable to complete its investigation of Alaris Health under the Fair Labor Standards Act without the subpoenaed information.

The Secretary is able to submit any other information that the Court would require at this time.

Sincerely,

Jeffrey S. Rogoff  
Regional Solicitor


BY:   /s/ Molly Biklen

   Molly Biklen  
   Senior Trial Attorney

CC: By ECF

    David Jasinski, Esq.
    60 Park Place, 8th Floor
    Newark, NJ 07102
    *Counsel for Alaris Health*