UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
-------------------------------------------------------
THOMAS E. PEREZ, Secretary of Labor,　　　:
United States Department of Labor,
　　　　　　　　　　　　　　　　　　　　　　　: Civ. A. No. 14-cv-7109
　　　　　　　　　　　　　　　　　　　　　　　　 (CCC)(MF)
　　　　　　　　　　　Petitioner,　　　　　　　:
　　　　v.
　　　　　　　　　　　　　　　　　　　　　　　:
ALARIS HEALTH,
　　　　　　　　　　　　　　　　　　　　　　　:

　　　　　　　　　　　Respondent.　　　　　　:
-------------------------------------------------------

## PR~~OPOSE~~D ORDER

Upon the conference held on May 7, 2015 and the parties' representations at the conference,

It is hereby ORDERED that Respondent Alaris Health provide a written statement of its gross annual dollar volume of sales for the years 2012, 2013 and 2014 or that such sales are in excess of $500,000 annually, and produce a copy of the top portion of its most recent company tax return showing corporate name, address and federal Employer Identification Number (FEIN) to the Wage and Hour Division, Northern New Jersey District Office, 200 Sheffield Street, Suite 102, Mountainside, New Jersey 07092 on or before Monday, May 11, 2015 at 12:00 pm; and

It is ORDERED that Respondent Alaris Health produce all time cards or time sheets within its custody or control for registered nurses (RN) for the period beginning May 1, 2012 through December 31, 2013[1] to the Wage and Hour Division, Northern New Jersey District Office. If Respondent Alaris Health does not have such documents it will certify, under penalty of perjury, that it has undertaken a diligent search for such records and does not have them within is custody or control. Respondent Alaris Health shall produce the time records or certification on or before May 14, 2015; and

It is further ORDERED that Respondent's failure to comply with this Order may result in contempt or other sanctions.

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED:　May 7, 2015
　　　　　Newark, New Jersey

---

[1] Alaris Health is not required to produce time records for the registered nurses for the weeks ending 9/14/2013-10/12/2013.